461 A.2d 875

Capobianco, Appellant v. Tilli.

616

Argued April 7, 1983. Jerry R. Knafo, for appellant; Daniel Tilli, appellee, in propria persona.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Order affirmed.